
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| JOHN PAUL BUNTING, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:19-cv-01647-KOB-JHE |
| POLLY RUGGLES, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The Magistrate Judge filed a report on November 18, 2019, recommending this action be dismissed without prejudice for the plaintiff's failure to prosecute. (Doc. 4). Although the Magistrate Judge advised the plaintiff of his right to file specific written objections within fourteen days, the court received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the Magistrate Judge's report and **ACCEPTS** his recommendation. Therefore, the court **DISMISSES** this action **WITHOUT PREJUDICE** for the plaintiff's failure to prosecute.

For information regarding the cost of appeal, see the attached notice.

**DONE** and **ORDERED** this 10th day of December, 2019.

**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE